**VACATE and DISMISS and Opinion Filed June 4, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01001-CV

**BRYAN COLLIER IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant**
**V.**
**ROBERT WAYNE MITCHELL, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-04417**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Nowell

The trial court entered a temporary injunction, and appellant filed this interlocutory appeal. While the appeal was pending, the trial court rendered final judgment that disposed of all parties and claims in the cause below.

If the trial court renders and signs a final judgment in the case while an appeal of its temporary injunction order is pending, the case on appeal becomes moot. *Isuani v. Manske-Sheffield Radiology Grp., P.A.*, 802 S.W.2d 235, 236 (Tex. 1991). "When a case becomes moot on appeal, all previous orders pertaining to the

temporary injunction are set aside by the appellate court and the case is dismissed."

*Id.* Here, the trial court's final judgment in the underlying cause renders this interlocutory appeal from its order granting appellee's temporary injunction moot. *See id.*

We vacate the trial court's order granting the temporary injunction and dismiss this appeal as moot. *See* TEX. R. APP. P. 43.2(e); *Isuani*, 802 S.W.2d at 236.

/Erin A. Nowell/
_____
231001F.P05

ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

BRYAN COLLIER IN HIS
OFFICIAL CAPACITY AS
EXECUTIVE DIRECTOR OF THE
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE, Appellant

No. 05-23-01001-CV        V.

ROBERT WAYNE MITCHELL,
Appellee

On Appeal from the 298th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-04417.
Opinion delivered by Justice Nowell.
Justices Molberg and Kennedy
participating.

In accordance with this Court's opinion of this date, the trial court's September 26, 2023 order granting appellee's application for temporary injunction is **VACATED,** and the appeal is **DISMISSED** as moot.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 4th day of June 2024.